# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**AMANDA LAMB**  Case No.: 3:19-cv-01017-AC
   Plaintiff,

v.

**MULTNOMAH COUNTY OREGON, et al.**
   Defendant.

### Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route

Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

DATED: October 14, 2019

Signature: [signature]
Name and OSB ID: David A. Landrum   OSB #955425
E-mail Address: david.landrum@multco.us
Firm Name: Multnomah County Attorney's Office
Mailing Address: 501 SE Hawthorne Blvd, Suite 500
City, State, Zip: Portland, OR 97214
Parties Represented: Multnomah County, OR
Abbey Stamp
Nancy Bennett

Sean J. Riddell  OSB#013943
sean.riddell@live.com
Attorney At Law
1300 SE Stark St, Suite 208
Portland, OR 97214
971-219-8453
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| AMANDA LAMB,<br><br>            Plaintiff,<br>   vs.<br><br>ABBEY STAMP, NANCY BENNETT AND;<br>and MULTNOMAH COUNTY OREGON,<br><br>            Defendants. | Case No. 3:19-cv-01017<br><br>CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE AND DESIGNATION OF THE NORMAL APPEAL ROUTE |

Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment.  I understand that withholding consent will not result in any adverse consequences.  Pursuant to Fed. R. Civ. P

///

///

///

Sean J. Riddell<br>
Attorney at Law<br>
2905 NE Broadway St.,<br>
Portland OR, 97232<br>
971/219-8453

1  COMPLAINT - DEMAND FOR JURY TRIAL

73(b), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

DATED this October 21, 2019

>Respectfully submitted,
>s/ *Sean J. Riddell*
>Sean J. Riddell  OSB 013493

2  COMPLAINT - DEMAND FOR JURY TRIAL

Sean J. Riddell
Attorney at Law
2905 NE Broadway St.,
Portland OR, 97232
971/219-8453